# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TARIQ AHMAD,

        Plaintiffs,

v.

GRACO FISHING AND TOOLS, INC., et al.,

        Defendants.

3:20-cv-0717-MMD-CLB

**ORDER**

*Pro se* Plaintiff filed a first amended complaint (ECF No. 22). The Court issued a notice regarding intention to dismiss pursuant Federal Rule of Civil Procedure 4(m) (ECF No. 34). Plaintiff has not provided proof of service on three of the named Defendants in his complaint: Graco Fishing and Tools, Inc.; Pacific Energy & Mining Co.; and Rod Anderson. (*Id.*)

After the court entered the Notice under Rule 4(m) referenced above, Plaintiff immediately filed a certificate of service, which was docketed as a "certificate of service for (ECF No. 34) Notice re 3m Dismissal." (ECF No. 35). Plaintiff states that his complaint was served by electronic mail on a person named Joseph Minnock who is not named as a defendant in his complaint (*Id.*). The certificate of service is not proper as it does not show the complaint was served pursuant to the requirements of Rule 4 on any of the three named Defendants in the 4(M) order. As such, after the 4(m) deadline, the Court will dismiss Graco Fishing and Tools, Inc., Pacific Energy & Mining Co. and Rod Anderson if plaintiff does not file a proof of service indicating proper service according to Fed. R. Civ. P. 4.

**DATED:** May 12, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

1